| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) LINARES,, JOSE L | 2. Court or Organization U.S. DISTRICT COURT NEW JERSEY | 3. Date of Report 07/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.DISTRICT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2005 to 12/31/2005 |
| 7. Chambers or Office Address FEDERAL COURTHOUSE 50 WALNUT ST. ROOM 5054 NEWARK, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. ADJUNCT PROFESSOR | SETON HALL UNIVERSITY |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/13/2000 | LAW PRACTICE OF LINARES, COVIELLO & SANTANA ESQS. AND JOSE LINARES |
| 2. | |
| 3. | |

RECEIVED 2006 JUL 17 P 3: 04 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 02282005 | LINARES, COVIELLO & SANTANA ESQS. POST SALE FEES | $ 3075 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12312005 | PARTY CITY OF ORANGE, INC. SALARY |
| 2. 12/31/2005 | VERONA BOARD OF EDUCATION SALARY |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PARTY CITY OF ORANGE INC. | F | Dividend | O | W | | | | | |
| 2. PARTY CITY OF WARWICK INC. | E | Dividend | N | W | | | | | |
| 3. PNC BANK | A | Interest | J | T | | | | | |
| 4. NOTE RECEIVABLE LINARES MANAGEMENT | A | Interest | J | U | | | | | |
| 5. PNC BANK | A | Interest | J | T | | | | | |
| 6. FIRST INVESTORS NJ TAX FREE | B | Interest | | | SELL | 09/15 | L | A | |
| 7. AMERITADE | A | Dividend | | | SELL | 03/02 | J | A | |
| 8. NJ DAILY MUNICIPAL FUND | A | Dividend | J | T | | | | | |
| 9. EATON VANCE NJ MUNI FUND | A | Dividend | | | SELL | 09/14 | L | B | |
| 10. FRANKLIN NJ TAX FREE FUND CLASS B | A | Dividend | | | SELL | 09/14 | L | B | |
| 11. LINCOLN GROWTH & INCOME | B | Dividend | K | T | | | | | |
| 12. LINCOLN SOCIAL AWARENESS | B | Dividend | K | T | | | | | |
| 13. LINCOLN AGRESSIVE GROWTH | B | Dividend | K | T | | | | | |
| 14. DELAWARE VIP TREND | B | Dividend | K | T | | | | | |
| 15. IRA SUN AMERICA | E | Dividend | O | T | | | | | |
| 16. NOTE RECEIVABLE█████ | A | Interest | | | REDEMPTION | 11/19 | K | A | |
| 17. PARTY CITY OF LINCOLN, LLC | A | Distribution | N | W | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)
   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)
   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| LINARES,, JOSE L | 07/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. A & J EQUITIES, LLC | | None | K | U | | | | | |
| 19. TOBY HILL CHASE, LLC | | None | N | W | | | | | |
| 20. AMERICAN SAVINGS BANK | A | Interest | J | T | | | | | |
| 21. PNC BANK | A | Interest | J | T | | | | | |
| 22. IRA FRANKLIN ADJUSTABLE US SECURITIES | A | Dividend | J | T | | | | | |
| 23. IRA MET LIFE | C | Dividend | K | T | | | | | |
| 24. 401 K MID CAP GROWTH FUNDS LORD ABBETT | A | Dividend | K | T | | | | | |
| 25. NOTE RECEIVABLE ▮▮▮▮▮ | A | Interest | | | REDEMPTION | 03/31 | J | A | |
| 26. MET LIFE SECURITIES | A | Dividend | M | T | BUY | 09/14 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II: PARTIES AND TERMS

SALE OF INTEREST IN LAW PRACTICEOF LINARES, COVIELLO AND SANTANA ESQS ARE UNLIQUIDATED AND CANNOT BE STATED WITH EXACTITUDE. MY REMAINING BENEFIT RANGES FROM 55% TO 70% OF FEES THAT WERE DUE TO LINARES, COVIELLO AND SANTANA. (MOSTLY MEDICAL MALPRACTICE CASES THAT WERE TRANSFRED TO OTHER LAW FIRMS AT THE TIME I LEFT PRIVATE PRACTICE SINCE I WAS THE ONLY ATTORNEY IN MY OLD LAW FIRM WITH NECCESSARY EXPERTISE TO HANDLE SAID CASES) I ANTICIPATE THAT MY INCOME FROM THIS SOURCEOVER THE NEXT TWO YEARS WILL BE BETWEEN $50000 AND $25000.

| Name of Person Reporting | Date of Report |
| --- | --- |
| LINARES,, JOSE L | 07/11/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____7/13/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544